**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                             **CRIMINAL NO. 3:20cr37-TSL-FKB**

**CERISSA RENFROE NEAL, et al**

**AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE**
**OF THE CRIMINAL INDICTMENT AS TO LAMBERT MARTIN**

THIS CAUSE having come before the Court on the motion of the United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the Criminal Indictment, filed February 25, 2020, as to defendant **LAMBERT MARTIN** without prejudice. The defendant having agreed, the Count finds that Leave of the Court should be granted.

IT IS HEREBY ORDERED AND ADJUDGED, pursuant to the Federal Rules of Criminal Procedure 48(a), that the Court finds good cause to grant Leave of the Court that the Criminal Indictment against defendant **LAMBERT MARTIN** be dismissed without prejudice.

SO ORDERED this 26th day of July, 2022.

/s/ Tom S. Lee                                   .
UNITED STATES DISTRICT JUDGE

Prepared by:                          Agreed by:

/s/ Lynn Murray                       /s/ Jacinta Hall
Lynn Murray                           Jacinta Hall
Assistant United States Attorney      Attorney for Defendant